AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Richard A. Adams

V.

IBM Personal Pension Plan, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07- **07 CIV 6984**

**JUDGE RAKOFF**

TO: (Name and address of Defendant)

IBM Personal Pension Plan
MD 261
New Orchard Road, Armonk, NY 10504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  AUG 0 3 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/8/07 @ 2:37pm |
| NAME OF SERVER *(PRINT)* Shirley Beyer | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served on Terezi McGinnis - Legal Dept
   [IBM Personal Pension Plan] New Orchard Road, Armonk, NY 10504

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/07
             Date            Signature of Server  *Shirley Beyer*

                             Address of Server  White Plains, NY

*[Notary stamp: Ellen Early, Notary Public State of New York, ...Westchester County, ...Sept. 29, 2009]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.