≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>  Southern  </u> District of <u>  New York  </u>

Richard A. Adams

V.

IBM Personal Pension Plan, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-____

**07 CIV 6984**

JUDGE RAKOFF

TO: (Name and address of Defendant)

Kenneth J. Morrissey, Plan Administrator, IBM Personal Pension Plan
MD 261
New Orchard Road, Armonk, NY  10504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY  11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _Marcos Quintero_

DATE  AUG 0 3 2007

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/7/07 @ 2:37pm |
| NAME OF SERVER *(PRINT)* Shirley Beyer | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  [IBM Personal Pension Plan] New Orchard Road, Armonk, NY 10504

  *Served on: Terri McGinnis Legal Dept*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/07
              Date

Signature of Server: *Shirley Beyer*

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA6085389
Qualified in Westchester County
Commission Expires Sept. 29, 2009

Address of Server: White Plains NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.