UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| RICHARD A. ADAMS, On behalf of himself and on behalf of all others similarly situated, | Case No. 07 CV 6984 |
| Plaintiff, : | |
| - against - : | NOTICE OF APPEARANCE |
| IBM PERSONAL PENSION PLAN and : KENNETH J. MORRISSEY, Plan Administrator, : | ECF CASE |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Defendants IBM PERSONAL PENSION PLAN and KENNETH J. MORRISSEY, Plan Administrator, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

> David Z. Pinsky
> COVINGTON & BURLING LLP
> 620 Eighth Avenue
> New York, NY 10018
> Tel.: (212) 841-1000
> Fax: (212) 841-1010
> email: dpinsky@cov.com

Dated: New York, New York
       August 27, 2007

> COVINGTON & BURLING LLP
>
> By:   s/ David Z. Pinsky
>       David Z. Pinsky
>
>       620 Eighth Avenue
>       New York, New York  10018
>       (212) 841-1000
>
>       *Attorneys for Defendants*