UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| RICHARD A. ADAMS, On behalf of himself and on behalf of all others similarly situated, | : | Case No. 07 CV 6984 |
| Plaintiff, | : | |
| - against - | : | RULE 7.1 STATEMENT |
| IBM PERSONAL PENSION PLAN and KENNETH J. MORRISSEY, Plan Administrator, | : : | ECF CASE |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Defendant IBM Personal Pension Plan states that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
August 30, 2007

Respectfully submitted,

COVINGTON & BURLING LLP

By:  s/ David Z. Pinsky
David Z. Pinsky

620 Eighth Avenue
New York, New York 10018
(212) 841-1000

*Attorneys for Defendants*