UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

RICHARD A. ADAMS, On behalf of himself and on behalf of all others similarly situated,

                  Plaintiff,

- against -

IBM PERSONAL PENSION PLAN and
KENNETH J. MORRISSEY, Plan Administrator,

                  Defendants.

------------------------------------------------------------ x

Case No. 07 CV 6984 (JSR)

ORDER

ECF CASE

This matter having been brought before the Court by Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, through their counsel Covington & Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Jeffrey G. Huvelle and David H. Remes *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, it is hereby

ORDERED that Jeffrey G. Huvelle and David H. Remes be and hereby are admitted *pro hac vice* in connection with this action and they shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

SO ORDERED:

_____
U.S.D.J.

9-6-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-7-07