UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
RICHARD A. ADAMS, On behalf of himself and on : Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated, :
:
Plaintiff, :
: NOTICE OF MOTION TO
- against - : ADMIT COUNSEL PRO HAC
: VICE
IBM PERSONAL PENSION PLAN and :
KENNETH J. MORRISSEY, Plan Administrator, : ECF CASE
:
Defendants. :
:
:
------------------------------------- x

  PLEASE TAKE NOTICE that, upon the annexed declarations of David Z. Pinsky, Jeffrey G. Huvelle, and David H. Remes, and the exhibits attached thereto, Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, will move this Court, before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, Courtroom 14-B, New York, New York as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Jeffrey G. Huvelle and David H. Remes *pro hac vice* in connection with the above-captioned action, and for such other and further relief as the Court may deem just and proper.

|  |  |
|---|---|
| Dated: New York, New York<br>September 6, 2007 | COVINGTON & BURLING LLP<br><br>By: _____<br>David Z. Pinsky (DP 0653)<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000<br><br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-6000<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
RICHARD A. ADAMS, On behalf of himself and on : Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated, :
:
                Plaintiff, :
: DECLARATION OF
      - against - : DAVID Z. PINSKY
: IN SUPPORT OF
: MOTION TO ADMIT
IBM PERSONAL PENSION PLAN and : COUNSEL PRO HAC VICE
KENNETH J. MORRISSEY, Plan Administrator, :
:
                Defendants. : ECF CASE
:
:
:
------------------------------------- x

      David Z. Pinsky declares as follows pursuant to 28 U.S.C. § 1746:

      1.    I am an associate with the law firm of Covington & Burling LLP, counsel of record in this action for Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator. I was admitted to practice before the U.S. District Court for the Southern District of New York on October 10, 2006 and remain in good standing therein. I submit this declaration in support of Defendants' application for an order granting the *pro hac vice* admissions of Jeffrey G. Huvelle and David H. Remes of Covington & Burling LLP as Defendants' co-counsel of record.

      2.    I am familiar with Messrs. Huvelle and Remes as they are members of Covington & Burling LLP, with offices located at 1201 Pennsylvania Ave., N.W., Washington, D.C., 20004. I believe them to be attorneys of good character, competence, and experience.

3. Accompanying this Declaration are Messrs. Huvelle's and Remes's own Declarations in which they describe their experience and knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

4. For the Court's convenience, a copy of a proposed order granting this application is annexed hereto as Exhibit 1.

WHEREFORE, Declarant respectfully requests that this Court issue an Order admitting Jeffrey G. Huvelle and David H. Remes of Covington & Burling LLP *pro hac vice* in this action as co-counsel for Defendants, together with such other and further relief as the Court shall seem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of September 2007 in New York, New York.

_____
David Z. Pinsky (DP-0653)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
RICHARD A. ADAMS, On behalf of himself and on  : Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated,        :
:
Plaintiff,        : ORDER
:
- against -          :
:
IBM PERSONAL PENSION PLAN and                  : ECF CASE
KENNETH J. MORRISSEY, Plan Administrator,      :
:
Defendants.       :
:
------------------------------------- x

      This matter having been brought before the Court by Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, through their counsel Covington & Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Jeffrey G. Huvelle and David H. Remes *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, it is hereby

      ORDERED that Jeffrey G. Huvelle and David H. Remes be and hereby are admitted *pro hac vice* in connection with this action and they shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

      SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** (dated September 6, 2007), **DECLARATION OF DAVID H. REMES** (dated September 5, 2007), **DECLARATION OF JEFFREY G. HUVELLE** (dated September 5, 2007), and **PROPOSED ORDER** to be served by First Class Mail upon the following attorneys of record to the within action (07 CV 6984 (JSR)) in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 6th day of September, 2007:

Eli Gottesdiener, Esq.
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, New York 11215

*Attorneys for Plaintiff and the proposed Class*

_____
David Z. Pinsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
RICHARD A. ADAMS, On behalf of himself and on  :   Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated,       :
                                      :
                Plaintiff,            :
                                      :   DECLARATION OF
                                      :   JEFFREY G. HUVELLE
        - against -                   :
                                      :
IBM PERSONAL PENSION PLAN and         :   ECF CASE
KENNETH J. MORRISSEY, Plan Administrator, :
                                      :
                Defendants.           :
                                      :
                                      :
                                      :
------------------------------------- x

Jeffrey G. Huvelle declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the firm of Covington & Burling LLP in the District of Columbia and am counsel to Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, the above-captioned matter.

2. I submit this Declaration in support of Defendants' Motion to Admit Counsel *pro hac vice* in connection with this action pursuant to Local Civil Rule 1.3(c) of this Court.

3. I have been admitted to practice in the District of Columbia since 1976, and I am currently in good standing in the Bar of the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A.

4. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal

- 2 -

Rules of Evidence; and (e) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5.  I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September 2007 in Washington, D.C.

*[signature]*
Jeffrey G. Huvelle



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, CARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JEFFREY G. HUVELLE**

was on the **19th** day of **MAY, 1976** duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
RICHARD A. ADAMS, On behalf of himself and on : Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated, :
                                      :
                Plaintiff,            :
                                      :   DECLARATION OF
        - against -                   :   DAVID H. REMES
                                      :
IBM PERSONAL PENSION PLAN and         :   ECF CASE
KENNETH J. MORRISSEY, Plan Administrator, :
                                      :
                Defendants.           :
                                      :
                                      :
                                      :
------------------------------------- x

David H. Remes declares as follows pursuant to 28 U.S.C. § 1746:

1.   I am a member of the firm of Covington & Burling LLP in the District of Columbia and am counsel to Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, the above-captioned matter.

2.   I submit this Declaration in support of Defendants' Motion to Admit Counsel *pro hac vice* in connection with this action pursuant to Local Civil Rule 1.3(c) of this Court.

3.   I have been admitted to practice in the District of Columbia since 1983, and I am currently in good standing in the Bar of the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A.

4.   I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal

Rules of Evidence; and (e) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5.  I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September 2007 in Washington, D.C.

*David H. Remes*
_____
David H. Remes



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DAVID H. REMES**

was on the **20th** day of **JUNE, 1983** duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
RICHARD A. ADAMS, On behalf of himself and on : Case No. 07 CV 6984 (JSR)
behalf of all others similarly situated, :
:
:
Plaintiff, : ORDER
:
- against - :
:
IBM PERSONAL PENSION PLAN and : ECF CASE
KENNETH J. MORRISSEY, Plan Administrator, :
:
Defendants. :
:
------------------------------------- x

  This matter having been brought before the Court by Defendants IBM Personal Pension Plan and Kenneth J. Morrissey, Plan Administrator, through their counsel Covington & Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Jeffrey G. Huvelle and David H. Remes *pro hac vice*, on notice to all parties hereto, and the Court having reviewed and considered the papers filed in support of this motion, it is hereby

  ORDERED that Jeffrey G. Huvelle and David H. Remes be and hereby are admitted *pro hac vice* in connection with this action and they shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

          SO ORDERED:

            _____
                U.S.D.J.