UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| RICHARD A. ADAMS, On behalf of himself and on behalf of all others similarly situated, | Case No. 07 CV 6984 |
| Plaintiff, : | |
| - against - : | NOTICE OF APPEARANCE |
| IBM PERSONAL PENSION PLAN and : KENNETH J. MORRISSEY, Plan Administrator, : | ECF CASE |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, the undersigned attorney duly admitted *pro hac vice* to practice before this Court, DAVID H. REMES of COVINGTON & BURLING LLP, hereby appear on behalf of Defendants IBM PERSONAL PENSION PLAN and KENNETH J. MORRISSEY, Plan Administrator, in the above-captioned action and respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon me.

Dated: Washington, DC
       September 19, 2007

                                        COVINGTON & BURLING LLP

                                        By:    s/ David H. Remes
                                               David H. Remes

                                               1201 Pennsylvania Avenue, NW
                                               Washington, DC 20004
                                               Tel: (202) 662-6000

                                        *Attorneys for Defendants*