UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER: 5:06-CV-356-FL

| | |
|---|---|
| KATHY POWERS, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| DEFENDANT. | ) ) |

ORDER

This matter coming before the Court upon the Consent Motion to Amend Complaint and Add Additional Defendants.

And the Court being of the opinion the Motion should be allowed;

Wherefore, it is ordered that the Amended Complaint is deemed filed as of the date of this Order. The Clerk is directed to add the additional Defendants, the IBM Personal Pension Plan and Kenneth J. Morrissey as Plan Administrator of the IBM Personal Pension Plan as Defendants in the caption of this case. Defendant International Business Machines shall have 30 days from the date of this Order to file an Answer to the Amended Complaint. Defendants, the IBM Personal Pension Plan and Kenneth J. Morrissey shall have 30 days to answer after service of a Summons and the Amended Complaint.

This the 25 day of January, 2007.

United States District Court for the
Eastern District of North Carolina

1