UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD A. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:05-CV-3308-TWT |
| IBM CORP. ) | |
| ) | |
| Defendant. ) | |

## ANSWER

COMES NOW Defendant IBM Corp. ("IBM") and hereby files this answer to Plaintiff's Complaint, and states as follows:

1.

IBM denies the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.

IBM denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

## ADDITIONAL DEFENSES

### FIRST DEFENSE

The Complaint should be dismissed, in whole or in part, because Plaintiff has failed to state a claim against IBM upon which relief can be granted.

### SECOND DEFENSE

The Complaint is barred, in whole or in part, by estoppel and waiver.

### THIRD DEFENSE

The Complaint is barred, in whole or in part, because Plaintiff's claims are preempted by ERISA, 29 U.S.C. §§ 1001-1461.

### FOURTH DEFENSE

The Complaint is barred, in whole or in part, by the applicable statute of limitations.

### FIFTH DEFENSE

The Complaint is barred, in whole or in part, because Plaintiff failed to exhaust the administrative remedies under the Plan.

## SIXTH DEFENSE

To the extent Plaintiff seeks compensatory damages for his claims under ERISA, the claims are barred because such damages are not available under ERISA.

## SEVENTH DEFENSE

Any damages allegedly sustained by Plaintiff are the result of his own actions or omissions and were not proximately cause by IBM.

## EIGHTH DEFENSE

To the extent Plaintiff has failed to mitigate any alleged damages, those damages must be reduced.

## NINTH DEFENSE

IBM reserves the right to amend its answer to raise additional defenses or counterclaims which may become known during this action.

WHEREFORE, having fully answered the Complaint, IBM respectfully requests:

a. Judgment be entered in its favor and this action be dismissed with prejudice;

b. Judgment be entered in its favor for all costs and attorneys' fees incurred in its defense of this action; and

c. It has and recover such other and further relief as the Court deems just and proper.

Respectfully submitted this 5th day of January, 2006.

<u>s/Stephen X. Munger, Esq.</u>
Georgia Bar No. 529611
Owen T. Hill
Georgia Bar No. 354393
Attorneys for Defendant
JACKSON LEWIS, LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, Georgia 30303-1226
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
mungers@jacksonlewis.com

## CERTIFICATION

I hereby certify that this document has been prepared in Book Antiqua font, 13 point, in compliance with LR 5.1C of this Court.

<u>s/Stephen X. Munger, Esq.</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD A. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:05-CV-3308-TWT |
| IBM CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006 I electronically filed the **ANSWER** with the Clerk of Court using the CM/ECF system. I also hereby certify that I have mailed the foregoing document via United States Postal Service Certified Mail Return Receipt Requested to the following non-CM/ECF *pro se* plaintiff.

Richard A. Adams
2401 Winshire Drive
Decatur, GA 30035

s/Stephen X. Munger

Georgia Bar No. 529611
Attorneys for Defendant
JACKSON LEWIS, LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, Georgia 30303-1226
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
mungers@jacksonlewis.com