Eli Gottesdiener (EG 0111)
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, NY 11215
Telephone:   (718) 788-1500
Facsimile:   (718) 788-1650
*Attorney for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD A. ADAMS

On behalf of himself and on
behalf of all others similarly situated,

                       Case No. 07 cv 6984 (JSR)

                   Plaintiff,

          - against -                  NOTICE OF APPEAL

IBM PERSONAL PENSION PLAN, and

KENNETH J. MORRISSEY,
Plan Administrator

                 Defendants.
------------------------------------------------------------X

     Notice is hereby given this 5th day of March 2008, that Richard A. Adams, Plaintiff in the above-entitled action, on behalf of himself and on behalf of all others similarly situated, hereby appeals the Memorandum Order of the District Court, signed February 4, 2008 and docketed on February 5, 2008 as Doc. 17 dismissing the Complaint with prejudice. The Clerk's judgment was also docketed on February 5, 2008 as Doc. 18.

| | |
|---|---|
| Dated: MARCH 5, 2008 | By: _____<br>Eli Gottesdiener (EG 0111)<br>GOTTESDIENER LAW FIRM, PLLC<br>498 7th Street<br>Brooklyn, NY 11215<br>Telephone:  (718) 788-1500<br>Facsimile:  (718) 788-1650<br><br>*Attorney for Plaintiff and the proposed Class* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused all Defendants, through their counsel listed below, to be served by first-class mail on March 5, 2008 with a copy of the foregoing Notice of Appeal

<u>Defense counsel</u>

David Z. Pinsky
620 Eighth Avenue
New York, New York 10018

Jeffrey G. Huvelle
David H. Remes
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Eli Gottesdiener

Eli Gottesdiener (EG 0111)
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, NY 11215
Telephone:   (718) 788-1500
Facsimile:   (718) 788-1650
*Attorney for Plaintiff and the proposed Class*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RICHARD A. ADAMS

On behalf of himself and on
behalf of all others similarly situated,

                Plaintiff,

      - against -

IBM PERSONAL PENSION PLAN, and

KENNETH J. MORRISSEY,
Plan Administrator

                Defendants.
-------------------------------------------------------X

Case No. 07 cv 6984 (JSR)

NOTICE OF APPEAL

    Notice is hereby given this 5th day of March 2008, that Richard A. Adams, Plaintiff in the above-entitled action, on behalf of himself and on behalf of all others similarly situated, hereby appeals the Memorandum Order of the District Court, signed February 4, 2008 and docketed on February 5, 2008 as Doc. 17 dismissing the Complaint with prejudice. The Clerk's judgment was also docketed on February 5, 2008 as Doc. 18.